BROWN *v.* WEATHERS *et al.,* commissioners, *et al.*

PER CURIAM. This case came before a full bench of six Justices, the question being whether the judgment of the superior court refusing to grant a mandamus absolute was error. On that question the Justices are equally divided in opinion, Russell, C. J., Beck, P. J., and Gilbert, J., being of the opinion that the court did not err, and Atkinson, Hill, and Hines, JJ., being of the contrary opinion; and the judgment of the trial court stands affirmed by operation of law. *Judgment affirmed.*

No. 5581. FEBRUARY 24, 1927.

Petition for mandamus. Before Judge Maddox. Floyd superior court. July 13, 1926.

*M. B. Eubanks,* for plaintiff. *Paul H. Doyal,* for defendants.

Appeal and Error, 4 C. J. p. 1122, n. 35.